In The Court of Appeals
Fifth District of Texas
Case No. # 05-14-01514-CV

RECEIVED
Court of Appeals

JAN 0 5 2015

Lisa Matz
Clerk, 5th District

In Re: Lakeith Amir-Sharif,
Relator

FILED IN
Court of Appeals

JAN 0 5 2015

Lisa Matz
Clerk, 5th District

Relator's Response To Real Parties In
Interest Motion For Extension Of Time
To File Response To Relator's Petition
For Writ of Mandamus

Relator, Lakeith Amir-Sharif, files this response
to the real parties in interest motion and
would show:

(1.) The real parties in interest have been
aware of the Relator's mandamus petition

(1.)

Since on or November 24, 2014 as a result of them being served a copy of the petition. Accordingly, they should of reasonably expected to be asked to reply to such.

(2.) The real parties in interest have been disingenuous at best with regards to the claims made in the certificate of conference. They are "WELL-AWARE" of the Texas Department of Criminal Justice (TDCJ) Board Policy **BP-03.81 Section VII**" which authorizes them a means and opportunity to contact and discuss by telephone "WHATEVER" they so desire.

(3.) Attached is an original copy of a I-60 TDCJ Inmate Request Form signed 12/27/2014 by the prison's Access To Courts Supervisor Mrs. Borne that establishes the real parties in interest made "NO Attempt" to first confer with me.

(4.) The trial court has previously warned

(2.)

the real parties in interest and their counsel about filing documents that contain this false claim in a certificate of conference.

(5.) The extension of time should not exceed the date of January 09, 2015.

Respectfully submitted December 29, 2014.

Lakeith Amir-Sharif
1200 FM 655
Rosharon, TX 77583-8602

## Certificate Of Service

By depositing a copy of the above document into the prison's outgoing mail system addressed to The Pearlee Law Group I certify service has been made by U.S. Mail on December 29, 2014.

Lakeith Amir-Sharif

(3.)

Exhibit
No. # 01

Exhibit No. #01

("Two-Sided Exhibit")

December 29 2014

**SUBJECT:** State briefly the problem on which you desire assistance.

Re: Appeal No. 05-14-01514-CV.
"In Re Lakeith Amir-Sharif"

Dear Mrs. Boene:

Please confirm that a phone
TCJ's Board Policy 03.81 Section 11 sets forth
the guidelines for contract calls between prisoners
and attorneys you **have not** received any request
from Attorney Sonia C. Pruitt or any other source
of **The Pettle Law Group,** to talk with me by telephone.

Name: _Amir-Sharif_ No: _1505969_ Unit: _Ramsey II Prison_

Living Quarters: _14-1-16_ Work Assignment: _N/A_

**DISPOSITION:** (Inmate will not write in this space)

No attorney from this Law Firm has contacted me
to set up a phone call for you.
TB 12/09/14

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd., Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counsellor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Mrs. Judy Vineyard_
_TDCJ Mailroom to Courts_
_Supervisor_
(Name and Title of Official)

DATE: _December 29, 2014_

ADDRESS: _____

December 29, 2014

Mr. Lakeith Amir-Sharif
Ramsey II Prison Unit
1200 FM 655
Rosharon, Texas 77583-8602

Office of The Clerk
Fifth District Court of
Appeals of Texas At Dallas
600 Commerce Street
Dallas, Texas 75202-4606

RE: Appeal No. #05-14-01514-CV, In Re
Lakeith Amir-Sharif

Dear Clerk Matz:

    Enclosed for you to file in the
above-referenced appeal is: (1) Relator's Response
To Real Parties In Interest Motion For Extension
of Time To File Response To Relator's Petition
For Writ of Mandamus.

(1) Enclosure

Thank You,
Lakeith Amir-Sharif